IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| vs. | § Criminal Docket No. C-06-532 |
| | § |
| HECTOR RUIZ, | § |
| | § |
| Defendant. | § |

### ORDER

On January 22, 2007, Defendant Hector Ruiz filed an "Application to Proceed in Forma Pauperis" (D.E. 56). Defendant's application is MOOT because Defendant has already been granted in forma pauperis status in this cause.

SIGNED and ENTERED this 24th day of January, 2007.

_____
Janis Graham Jack
United States District Judge